IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BOGIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12 C 5887 |
| | ) |
| PAWS CHICAGO, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

JAMES F. HOLDERMAN, Chief Judge:

    Pro se plaintiff Robert Bogie's "Motion to Preclude" (Dkt. No. 30) asks the court to preclude the defendant from making certain arguments. Bogie's motion does not ask for proper relief under the Federal Rules of Civil Procedure, and is accordingly denied. The court will, however, consider the arguments Bogie's motion makes if the issues that they address are ever properly before the court.

                                               ENTER:

                                               _____
                                               JAMES F. HOLDERMAN
                                               Chief Judge, United States District Court

Date: March 4, 2013